**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| STEVEN HOOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-682-CWB |
| | ) |
| SHWINCO ARCHITECTUAL PRODUCTS, LLC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Currently before the court is a Joint Notice of Settlement (Doc. 43), which is construed as a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). It thus is **ORDERED** that this action is deemed **DISMISSED** with prejudice. Costs shall be taxed as paid.

**DONE** this the 5th day of April 2023.

_____
CHAD W. BRYAN
UNITED STATES MAGISTRATE JUDGE